

# Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**  April 10, 2024
The Honorable Judge Hector Gonzalez
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Case 1:24-cv-02355-HG Anderson v. Helms Organic, LLC*
     <u>Letter of Explanation</u>

Dear Judge Gonzalez:

  Plaintiff submits this letter of explanation, as directed by the Court via the Order dated April 9, 2024.

  On April 8, 2024, Plaintiff filed a Declaration from expert Robert Moody. This filing was incorrect for two reasons. First, it was mislabeled as a "Class Action Complaint and Demand for Jury Trial" when, in fact, it was a declaration. Second, this document was supposed to be filed as an exhibit to the Complaint filed on March 29, 2024. Because the document was not filed along with the original Complaint, it was put on file on April 8, 2024. This filing was erroneous.

  Plaintiff plans to file an amended complaint with the declaration as an exhibit, pursuant to FRCP Rule 15(a)(1)(A) shortly, as it is still within the 21-day post-service period.

  We thank the Court for its consideration of this matter.

                Respectfully submitted,

                **MARS KHAIMOV LAW, PLLC**

                */s/ Mars Khaimov*
                Mars Khaimov, Esq.

                Attorneys for Plaintiff

cc: Counsel of record (via ECF)

